UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LATHAN HERMES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:13-CV-416-PLR-CCS |
| ) | |
| RIZO LUBIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Stay of Proceedings [Doc. 93], filed by Fahrudin Hasanovic and MHM Trucking LLC ("Defendants"). Defendants have filed a voluntary bankruptcy petition pursuant to Chapter 7 of the United States Bankruptcy Code. The parties appeared before the Court on October 22, 2015, to address the bankruptcy and its effect on this case. It was agreed that the Defendants would move the Court to stay this case until: (1) Plaintiffs obtain relief from the automatic stay in the bankruptcy case so that they may continue to litigate this action; or (2) the bankruptcy case is otherwise disposed of. Consistent with this plan, Defendants filed the instant Motion for Stay following the conference on October 22, 2015.

Accordingly, the Motion to Stay **[Doc. 93]** is **GRANTED**. All proceedings in this case are **STAYED**. If the bankruptcy court grants Plaintiffs relief from the automatic stay, Plaintiffs **SHALL** file a motion to lift the stay with this Court within **fourteen (14) days** of entry of the

bankruptcy court's order. If the Plaintiffs' request is denied or the bankruptcy court otherwise disposes of the case without granting relief from the automatic stay, the Defendants **SHALL** file a notice or appropriate motion with the Court within **fourteen (14) days** of entry of the bankruptcy court's order or dispositive ruling.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge